SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted February 1, 2010; decided March 30, 2010

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.